IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | **CASE NO.: 7:24-CR-23 (WLS-TQL)** |
| **JACQUES LAMAR HILL,** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER

Before the Court is Defendant's Unopposed Motion for Continuance in the Interest of Justice (Doc. 19) ("the Motion"), filed on October 31, 2024. Therein, Defendant asks the Court to continue the pretrial conference in this case currently scheduled for November 6, 2024. Defendant also asks the Court to grant a continuance of the trial in this matter from the December 2024 trial term to the next Valdosta Division trial term. (*Id.*) Defendant states that the Federal Defenders of the Middle District of Georgia, Inc. was appointed to represent him on October 1, 2024, and that Defendant's initial appearance and arraignment were held on that same day. The Motion also states that while Defendant's counsel received discovery from the Government on October 3, 2024, a continuance is warranted because additional time is needed for Defendant's counsel to review discovery and discuss the Government's case in chief with Defendant, prepare a defense, and conduct further investigation and research. (*Id.*) Defendant notes that the Government does not oppose his Motion and that the interests of justice served by granting the requested continuance outweigh the best interests of the public and Mr. Hill in a speedy trial. (*Id.*)

Based on Defendant's stated reasons, the Court finds that a continuance is necessary for Defendant's counsel to effectively prepare for trial. The Court further finds the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, Defendant's Motion (Doc. 19) is **GRANTED**. The trial in the above-captioned matter is hereby **CONTINUED** to the Valdosta Division February 2025 term and its conclusion, or as may be otherwise

1

ordered by the Court. Accordingly, the November 6, 2024 pretrial conference is **CANCELED**.

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance (a) would likely result in a miscarriage of justice, and (b) would deny Defense Counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

**SO ORDERED**, this 4th day of November 2024.

                                           **/s/ W. Louis Sands**
                                           **W. LOUIS SANDS, SR. JUDGE**
                                           **UNITED STATES DISTRICT COURT**