## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CR-23 (WLS-ALS-1) |
| | : | |
| JACQUES LAMAR HILL, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

On March 14, 2025, Defendant filed a Motion to Dismiss Indictment Pursuant to the Second Amendment (Doc. 33). The trial in the case has been continued to the May 2025 term in the Valdosta Division and the pretrial conference is currently set for Tuesday, April 1, 2025. To resolve the motion before trial, the Court finds an expedited briefing schedule to be appropriate. The schedule shall be as follows:

(1) The Government's response shall be submitted no later than **Monday, March 31, 2025**.

(2) Defendant's reply, if he wishes to submit one, shall be submitted no later than seven (7) days after the Government has submitted its response or no later than **Monday, April 7, 2025**—whichever is earlier.

**SO ORDERED**, this 17th day of March 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1