IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | CASE NO.: 7:24-CR-23 (WLS-ALS) |
| : | |
| JACQUES LAMAR HILL, : | |
| : | |
| Defendant. : | |
| : | |

**ORDER**

On November 19, 2025, the Court held a sentencing hearing in the above-captioned matter, wherein the Court continued Defendant's sentencing hearing. This Order memorializes that hearing.

Previously, Defendant pleaded guilty to one count of Possession of Firearms by a Convicted Felon in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). (*See* Docs. 1, 41).

At the sentencing hearing, Defense Counsel objected to photographic evidence offered by the Government. The Government indicated that this evidence had come out during discovery. Then, the Government requested a continuance, which the Court granted over Defendant's objection.[1]

The Court reminds Parties that the Federal Rules of Evidence do not apply at sentencing hearings. *United States v. Ghertler*, 605 F.3d 1256, 1269 (11th Cir. 2010). "[T]he court may consider relevant information without regard to its admissibility under the rules of evidence applicable at trial, provided that the information has sufficient indicia of reliability to support its probable accuracy." *Id.* (quoting U.S.S.G. § 6A1.3(a)). "A defendant has a due process right, however, not to be sentenced based on false or unreliable information." *Id.*

---

[1] Mr. Hill's sentencing hearing was previously continued at Defendant's request. (Doc. 50).

2

     Defendant may file a supplemental brief not later than **Friday, December 5, 2025**, and thereafter, the Government may file a supplemental reply not later than **seven days** after Defendant files his supplemental brief. The Court will notice the rescheduled sentencing hearing by separate notice or order.

     **SO ORDERED**, this 20th day of November 2025.

                                        <u>/s/ W. Louis Sands</u>
                                        **W. LOUIS SANDS, SR. JUDGE**
                                        **UNITED STATES DISTRICT COURT**